```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF ALABAMA
                  SOUTHERN DIVISION
```

| | |
|---|---|
| **TIMOTHY A. GEORGE,** | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| vs. | \*  CIVIL ACTION 10-00113-B |
| | \* |
| **MICHAEL J. ASTRUE,** | \* |
| **Commissioner of Social Security,** | \* |
| | \* |
| Defendant. | \* |

## JUDGMENT

In accordance with the Order entered on September 29, 2011, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying claimant benefits be **AFFIRMED.**

**DONE** this the **30th** day of **September**, **2011.**

/s/ SONJA F. BIVINS
**UNITED STATES MAGISTRATE JUDGE**